**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEFFREY SMITH,                                    2:99-cv-1492-LDG-LRL

     Plaintiff,

v.                                               **ORDER**

NORTH LAS VEGAS POLICE
DEPARTMENT, et al.,

     Defendants.

Pursuant to the orders granting stipulations for dismissals (#452 and #456), the court will order that all pending motions in this case be denied as moot.  Furthermore, the docket indicates that certain defendants have not been terminated.  The court will order that defendant Leonard Cardinale be dismissed pursuant to the order of the court of appeals (#161), that defendant Vicki Hobson be dismissed pursuant to this court's orders (#119 and #120), and that defendant Rachel Riggi be dismissed as the estate of Hal Chesler has been dismissed.

THE COURT ORDERS that all pending motions in this action (##'s 363, 364, 365, 366, 367, 368, 369, 370, 371, 372, 373, 381, 395, and 396) are DENIED as moot.

THE COURT FURTHER ORDERS that defendants Leonard Cardinale, Vicki Hobson, and Rachel Riggi are DISMISSED, and that this case is hereby CLOSED.

DATED this _____ day of September, 2010.

_____
Lloyd D. George
United States District Judge